UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE LeBLANC,<br><br>    Plaintiff,<br><br>  v.<br><br>BUNCH, et al.,<br><br>    Defendants. | No. 2:16-cv-2730 GEB DB<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 24, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 6.) Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2017 (ECF No. 6) are adopted in full; and

1

2. Plaintiff's motion for temporary restraining order (ECF No. 5) is denied.

Dated: September 20, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge